IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JACK "JACK" MORRISON RAINES III                                        PLAINTIFF
as Guardian of the Estate of
John Morrison Raines IV

v.                  Case No. 4:15-cv-00102-JM

COUNSELING ASSOCIATES, INC.; et al.                                  DEFENDANTS

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal filed on behalf of all parties, it is hereby Ordered that the above-styled cause of action be dismissed with prejudice, and that each party bear its own costs.

IT IS SO ORDERED this 2nd day of March, 2020.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE